IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BARBARA NEWBERRY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-2383-V |
| AUTOZONE, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Agreed Stipulation to Dismissal with Prejudice of Complaint and All Causes of Action Alleged Therein attached hereto, this case is hereby dismissed with prejudice at defendant's costs, pursuant to the parties' agreement.

IT IS SO ORDERED this 3rd day of May, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02383 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David G. Mills
MILLS & ASSOCIATES
751 Walnut Knoll Lane
Cordova, TN 38018

Honorable Diane Vescovo
US DISTRICT COURT